IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SEIGFRIED and MARLENE SEIGFRIED, his wife, <br> Plaintiffs, <br> <br> vs. <br> <br> ALLEGHENY LUDLUM CORP., et al., <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 09-125 |

O R D E R

AND NOW, this 17th day of April, 2009, after defendant General Electric Corporation removed this action, which the plaintiffs, William Seigfried and his wife Marlene Seigfried, had filed in the Court of Common Pleas of Washington County, Pennsylvania, and after a motion to remand was submitted by the plaintiffs, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, upon consideration of the objections filed by the plaintiffs, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 183), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiffs' motion to remand (Docket No. 67) is denied.

                                                       s/ Arthur J. Schwab
                                                       Arthur J. Schwab
                                                       United States District Judge

cc: all counsel of record